No. 71–834. McClanahan *v.* Arizona Tax Commission. Appeal from Ct. App. Ariz. [Probable jurisdiction noted, 406 U. S. 916.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* in support of appellants granted and 15 minutes allotted for that purpose. Appellee allotted 15 additional minutes for oral argument.

No. 71–863. Columbia Broadcasting System, Inc. *v.* Democratic National Committee;

No. 71–864. Federal Communications Commission et al. *v.* Business Executives' Move for Vietnam Peace et al.;

No. 71–865. Post-Newsweek Stations, Capital Area, Inc. *v.* Business Executives' Move for Vietnam Peace; and

No. 71–866. American Broadcasting Cos., Inc. *v.* Democratic National Committee. C. A. D. C. Cir. [Certiorari granted, 405 U. S. 953.] Motion of Columbia Broadcasting System, Inc., and Post-Newsweek Stations, Capital Area, Inc., for additional time for oral argument granted and 7½ minutes allotted to petitioners for that purpose. Respondents also alloted 7½ additional minutes for oral argument.

No. 71–991. Otter Tail Power Co. *v.* United States. Appeal from D. C. Minn. [Probable jurisdiction noted, 406 U. S. 944.] Motion of appellant for additional time for oral argument denied. Motion of Federal Power Commission for leave to participate in oral argument as *amicus curiae* denied. Mr. Justice Blackmun and Mr. Justice Powell took no part in the consideration or decision of these motions.

No. 71–1672. Guthrie et al. *v.* Alabama By-Products Co. et al. C. A. 5th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.